IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02327-WYD-CBS

ELIAS EDWARD CASILLAS,

    Plaintiff,

v.

PAUL M. BEACH, Edgewater, Colorado Police Officer, individually and in his official capacity;
CATHLEEN LOVATO, Edgewater, Colorado Police Sgt., individually and in her official capacity;
MATTHEW REIERSON, Edgewater, Colorado Police Officer, individually and in his official capacity;
MIKE MARCHESE, Edgewater, Colorado Police Commander, individually and in his official capacity;
DAN KEOUGH, Edgewater, Colorado Police Captain, individually and in his official capacity
CITY OF EDGEWATER, COLORADO, a municipality;
XYZ companies I through X; and
JOHN DOES and JANE DOES I through X,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Law Enforcement Defendants' Unopposed Motion to Withdraw Motion to Dismiss Without Prejudice, filed June 20, 2009 [#63] is **GRANTED**.  Defendants' Motion to Dismiss filed March 9, 2009 [#27] is **WITHDRAWN**.

    Dated:  June 30, 2009