IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02327-WYD-BNB

ELIAS EDWARD CASILLAS,

    Plaintiff,

v.

PAUL M. BEACH, Edgewater, Colorado Police Officer, individually and in his official capacity;
CATHLEEN LOVATO, Edgewater, Colorado Police Sgt., individually and in her official capacity;
MATTHEW REIERSON, Edgewater, Colorado Police Officer, individually and in his official capacity;
MIKE MARCHESE, Edgewater, Colorado Police Commander, individually and in his official capacity;
DAN KEOUGH, Edgewater, Colorado Police Captain, individually and in his official capacity
EDGEWATER POLICE DEPARTMENT;
ASHLEY AUGUSTIN, Duty DA Jefferson County Colorado, individually and in her official capacity;
ALEXIS KING, Duty DA Jefferson County Colorado, individually and in her official capacity;
SCOTT STOREY, District Attorney Jefferson County Colorado, individually and in his official capacity;
PAULA ODEN, First Judicial Managing Clerk Reporter, individually and in her official capacity;
XYZ companies I through X; and
JOHN DOES and JANE DOES I through X,

    Defendants.

---

## **AMENDED** **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

---

    Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed.R.Civ.P. 72(a) and (b),

and D.C.COLO.L.Civ.R. 72.1C, United States Magistrate Judge Boyd N. Boland is

designated to conduct proceedings in this civil action as follows:

(X) Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X) Convene such settlement conferences and directly related procedures as may facilitate resolution of this case.

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( ) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above judge's requirements found at www.cod.uscourts.gov.

Dated this 1st day of July, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE