IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02327-WYD-CBS

ELIAS EDWARD CASILLAS,

    Plaintiff,

v.

PAUL M. BEACH, Edgewater, Colorado Police Officer, individually and in his official capacity;
CATHLEEN LOVATO, Edgewater, Colorado Police Sgt., individually and in her official capacity;
MATTHEW REIERSON, Edgewater, Colorado Police Officer, individually and in his official capacity;
MIKE MARCHESE, Edgewater, Colorado Police Commander, individually and in his official capacity;
DAN KEOUGH, Edgewater, Colorado Police Captain, individually and in his official capacity
CITY OF EDGEWATER, COLORADO, a municipality;
XYZ companies I through X; and
JOHN DOES and JANE DOES I through X,

    Defendants.

## ORDER DISMISSING CLAIM

This Matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Count Three of the Amended Complaint, filed December 16, 2009 [#82].  Upon review of the motion and the file herein, it is hereby

ORDERED that the motion is **GRANTED** and Plaintiff's Third Claim for Relief for excessive force, as set forth in the Amended Complaint filed June 22, 2009, is **DISMISSED WITH PREJUDICE**.

Dated: December 22, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge