**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-02327-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 25, 2010** | **Courtroom Deputy:**   Linda Kahoe |

ELIAS EDWARD CASILLAS,                    *Pro se*

    Plaintiff,

    v.

PAUL M. BEACH, *et al.,*                    Gillian Marie Fahlsing
                                            Courtney B. Kramer

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        1:31 p.m.**
Court calls case.  Appearances of counsel.  Mr. Casillas is pro se.

Discussion and arguments regarding Defendants' Motion to Amend Scheduling Order, doc #[92], filed 1/13/2010.

The court advises Mr. Casillas that a scheduling order may be amended upon a showing of good cause.

The court suggests that the parties confer regarding the number of requests for production.  The court advises Mr. Casillas that he may serve 25 requests per side, not per each defendant.

For the reasons as stated on the record, it is:

**ORDERED**:   Defendants' Motion to Amend Scheduling Order, doc #[92] is **GRANTED**.  The discovery deadline is extended to **APRIL 19, 2010.**  The dispositive motion deadline is extended to **MAY 19, 2010.**  The Final Pretrial Conference currently set for JUNE 22, 2010 is **VACATED** and **RESET FOR JULY 8, 2010 at 10:45 a.m.**

HEARING CONCLUDED.
**Court in recess**:         2:15 p.m.
Total time in court:    00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.